ANDREW CAPUTO, an Infant, by VINCENZO CAPUTO, His
Guardian ad Litem, Respondent, *v.* KOSMOS ENGINEER-
ING COMPANY et al., Appellants.

Reported below, 146 App. Div. 921.

(Argued April 1, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered October 23, 1911, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant.

*Frank V. Johnson, Murray G. Jenkins* and *Amos H. Stephens* for Kosmos Engineering Company, appellant.

*Archibald R. Watson, Corporation Counsel (J. W. Johnson* and *James D. Bell* of counsel), for City of New York, appellant.

*Joseph A. Burdeau* for respondent.

Judgment affirmed, with costs as to appellant Kosmos Engineering Company. Judgment as against the appellant the City of New York reversed, new trial granted, costs to abide event, on the ground that there was no evidence of that defendant's negligence to go to the jury on the issue that was submitted to it by the trial court for determination; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.